IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BAKER BOTTS L.L.P., § § Plaintiff, § § v. § § TEXAS INTERNATIONAL PROPERTY § ASSOCIATES, DAUBEN, INC., and § JOSEPH GLEN DAUBEN, § § Defendants. § | Civil Action No. 3-08cv0797-N Complaint Filed: May 9, 2008 Trial Date: January 20, 2009 |

## CONSENT JUDGMENT

Plaintiff, Baker Botts LLP, having filed Complaint Civil No 3:08-CV-0797-N against Defendants Texas International Property Associates, Dauben, Inc., and Joseph Glen Dauben, individually, and Plaintiff having agreed upon a resolution of this matter with Defendants prior to a trial on the merits, Plaintiff and Defendants hereby agree as follows:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Defendants represent, as a material term and condition of this Consent Judgment, that Defendants and their respective agents, servants, employees and representatives will commence to assign and transfer, or cause to be assigned and transferred, to Baker Botts the domain name registration for "BakerBots.com" and any and all other registrations for any domain name containing or comprising BAKER & BOTTS, BAKER BOTTS, and/or BAKER BOTTS L.L.P (the "Baker Botts Marks"), or any variant thereof, or any name or mark confusingly similar thereto within five (5) business days of the execution of this Consent Judgment.

3. The domain name registrar(s) or registry(ies) for the domain names identified in Paragraph 2 are ordered by the Court to transfer or complete the transfer to Baker Botts of the domain name registration for "BakerBots.com"and any and all other registration(s) for any domain name containing or comprising the Baker Botts Marks, or any variant thereof, or any name or mark confusingly similar thereto, which are owned or controlled by Defendant and/or its respective agents, servants, employees and representatives and all other persons, firms or corporations in active concert or participation therewith including but not limited to Joey Dauben, Dauben, Inc., and Texas International Property Associates.

4. This Court shall retain jurisdiction for purposes of enforcing the Consent Judgment and the underlying Settlement Agreement dated April 14th, 2009 between the parties.

**SO AGREED AND STIPULATED:**

Respectfully submitted,

BAKER BOTTS LLP

Dated: *April 14, 2009*

By: *Priscilla L. Dunckel*
Name: PRISCILLA L. DUNCKEL
Title: Partner

TEXAS INTERNATIONAL
PROPERTY ASSOCIATES

Dated: *April 13, 2009*

By: *Joey Dauben*
Name: Joey Dauben
Title: President

DAUBEN INC.

Dated: *April 13, 2009*

By: *Joey D.*
Name: Joey Dauben
Title: President

JOSEPH GLEN DAUBEN

Dated: *April 13, 2009*

By: *Joey Da.*
Name: Joseph "Joey" Dauben
Title: individually

**SO ORDERED:**

Dated: _____

                                                                       _____
                                                                       Honorable David C. Godbey
                                                                       United States District Court Judge